UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF LOUISIANA
SHREVEPORT DIVISION

| | |
|---|---|
| TERRENCE WINSTON | CIVIL ACTION NO. 5:23-CV-0818 |
| VERSUS | JUDGE DAVID C. JOSEPH |
| HORSESHOE ENTERTAINMENT | MAGISTRATE JUDGE MARK L. HORNSBY |

**JUDGMENT**

For the reasons assigned in the REPORT AND RECOMMENDATION of the Magistrate Judge previously filed herein [Doc. 15], and having thoroughly reviewed the record, absent any written objections filed, and concurring with the findings of the Magistrate Judge under the applicable law;

IT IS ORDERED that Horseshoe's MOTION TO COMPEL ARBITRATION AND TO DISMISS FOR FAILURE TO STATE A CLAIM ("the Motion") [Doc. 8] is GRANTED IN PART by DISMISSING WITHOUT PREJUDICE Count Two of Plaintiff's complaint that asserts a violation of 42 U.S.C. § 2000a and DISMISSING WITH PREJUDICE for failure to state a claim on which relief may be granted Count Four of the complaint that asserts a claim of intentional infliction of emotional distress.

IT IS FURTHER ORDERED that the Motion is DENIED in all other respects.

THUS, DONE AND SIGNED in Chambers this 1st day of December 2023.

_____
DAVID C. JOSEPH
UNITED STATES DISTRICT JUDGE