UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF LOUISIANA
SHREVEPORT DIVISION

**TERRENCE WINSTON**            **CASE NO. 5:23-CV-00818**

**VERSUS**                      **JUDGE EDWARDS**

**HORSESHOE ENTERTAINMENT**     **MAGISTRATE JUDGE HORNSBY**

### NOTICE OF MOTION SETTING

Please take notice that the Motion for Summary Judgment (Document No. 28) filed by Horshoe Entertainment on March 11, 2025 has been referred to the Honorable Jerry Edwards for consideration.

### Deadlines

Any party who opposes the motion may file a memorandum in opposition within **twenty-one (21) calendar days** from the date of this notice. The movant may **file a reply** within **seven (7) days** after the memorandum in opposition is filed. Reply memoranda are limited to 7 pages. Surreply briefs will not be allowed. OPPOSITION TO THE MOTION MUST BE FILED TIMELY OR THE MOTION WILL BE CONSIDERED UNOPPOSED.

### No Oral Argument

It is the policy of the Court to decide motions on the basis of the record without oral argument. Briefs should fully address all pertinent issues. All parties will be notified if the Court finds oral argument is necessary.

### Courtesy Copies

Parties are relieved of their obligation under LR 7.1 to provide courtesy copies unless requested by Chambers.

**DATE OF NOTICE: March 14, 2025**

                                            Daniel J. McCoy
                                            Clerk of Court